## GRANVILLE W. ANGELL *vs.* D. L. D. GRANGER, City Treasurer.

### PROVIDENCE—MARCH 18, 1901.

PRESENT : Stiness, C. J., Tillinghast and Rogers, JJ.

(1) *New Trial.   Misstatements of Counsel.   Damages.*

A statement by plaintiff's counsel that other parties than those appearing of record are interested in the result of a case, while disapproved, is not sufficient ground for a new trial.

TRESPASS ON THE CASE for negligence.   In his opening to the jury, plaintiff's attorney stated that the real defendant was other than the city of Providence, naming it.   The defendant objected to the statement, and the court ruled that it was improper.   The defendant asked that the case be taken from the jury.   This motion was denied, the court instructing the jury to disregard the remark.   Heard on petition of defendant for a new trial, and petition denied.

PER CURIAM.   In this case the conflict of testimony is such that the court cannot disturb the verdict.

While the damages appear to be large in comparison with the price paid for the horse, there is testimony to warrant even a larger sum, and to reduce it would require a degree of discrimination as to the value of a horse which the court neither feels called upon nor competent to attempt.

(1)   The court strongly disapproves of statements to the jury, by counsel, that other parties than those appearing of record are interested in the result of a case.   We fail to see, how-

ever, that the statement in this case, inadvertently made, could have prejudiced the defendant.

Petition for new trial denied, and case remitted.

*Washington R. Prescott*, for plaintiff.

*Walter B. Vincent*, for defendant.